# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Santoro, Frank J. | U. S. Bankruptcy Court, EDVA | 07/12/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

600 Granby Street
Norfolk, Virginia 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | 03/20/2018 to 03/24/2018 | Atlanta, GA | To appear at professional education seminar | Transportation, food, and lodging |
| 2. | Bankruptcy Bar Association for the Southern District of Florida | 05/09/2018 to 05/13/2019 | West Palm Beach, FL | To appear at professional education seminar | Transportation, food, and lodging |
| 3. | Northern Virginia Bankruptcy Bar Association | 06/20/2018 to 06/21/2018 | Arlington, VA | To appear at professional education seminar | Lodging and transportation |
| 4. | American Bankruptcy Institute | 07/25/2018 to 07/29/2018 | Amelia Island, FL | To appear at professional education seminar | Food, lodging, and transportation |
| 5. | American Bankruptcy Institute | 08/02/2018 to 08/04/2018 | Hershey, PA | To appear at professional education seminar | Food, lodging, and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/12/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Virginia Bar Association | 11/16/2018 to 11/18/2018 | Richmond, VA | To judge a moot court competition | Loding and transportation |
| 7. | Allegheny County Bar Association | 12/06/2018 to 12/07/2018 | Pittsburgh, PA | To appear at professional education seminar | Transportation, food, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Farm, 1/2 interest, Isle of Wight County, Virginia July 03 | | None | N | W | | | | | |
| 2. FSNC, LLC, 88% Membership Interest | | None | N | W | | | | | |
| 3. Geeks on Call, Convertible Preferred Stock | | None | J | W | | | | | |
| 4. Waterside Capital Corporation | | None | J | T | | | | | |
| 5. First Eagle Global Fund Class A | D | Int./Div. | L | T | | | | | |
| 6. Pimco Income Fund Class A | A | Int./Div. | L | T | | | | | |
| 7. IShares Russell 2000 ETF | A | Dividend | K | T | | | | | |
| 8. IShares Russell 1000 Growth | A | Dividend | K | T | | | | | |
| 9. ISHares Russell Mid-Cap Growth | A | Dividend | | | Sold | 01/25/18 | K | | |
| 10. T Rowe Price Global Tech Fund | B | Dividend | K | T | | | | | |
| 11. Invesco Floating rate Class Fund I | A | Dividend | J | T | | | | | |
| 12. Accenture | A | Dividend | J | T | | | | | |
| 13. Alphabet Inc | A | Dividend | J | T | | | | | |
| 14. Ameriprise | A | Dividend | J | T | | | | | |
| 15. Becton Dickinson and Co | A | Dividend | | | Sold | 02/21/18 | J | | |
| 16. Boeing Comppaqy | A | Dividend | | | Sold | 02/21/18 | K | | |
| 17. Cognizant Tech Solutions | A | Dividend | | | Sold | 05/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Colgate Palmolive | A | Dividend | J | T | | | | | |
| 19. Comcast Corp | A | Dividend | J | T | | | | | |
| 20. CVS Health Corp | A | Dividend | | | Sold | 04/11/18 | J | | |
| 21. Danaher Corp | A | Dividend | J | T | | | | | |
| 22. Ecolab Inc | A | Dividend | J | T | | | | | |
| 23. Facebook Inc Class A | A | Dividend | J | T | | | | | |
| 24. Home Depot Inc | A | Dividend | J | T | | | | | |
| 25. Honeywell Inc | A | Dividend | J | T | | | | | |
| 26. Intercontinental Exchange Group | A | Dividend | J | T | | | | | |
| 27. Invesco Lts. | A | Dividend | | | Sold | 03/14/18 | J | | |
| 28. Medtronic | A | Dividend | J | T | | | | | |
| 29. Mylan NV Eur | A | Dividend | | | Sold | 08/08/18 | J | | |
| 30. OReilly Automotive | A | Dividend | J | T | | | | | |
| 31. Paraxel International Corp | A | Dividend | | | Sold | 01/25/18 | J | | |
| 32. Red Hat | A | Dividend | J | T | | | | | |
| 33. Rockwell Collins | A | Dividend | | | Sold | 02/21/18 | J | | |
| 34. Rockwell Automation Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Starbucks Corp | A | Dividend | | | Sold | 06/04/18 | J | | |
| 36. Thermo Fisher Scientific Inc | A | Dividend | J | T | | | | | |
| 37. Time Warner Inc | A | Dividend | | | Sold | 04/11/18 | J | | |
| 38. TJX Companies Inc | A | Dividend | J | T | | | | | |
| 39. United technologies | A | Dividend | J | T | | | | | |
| 40. Walt Disney Company | A | Dividend | J | T | | | | | |
| 41. Adobe Systems Delaware | A | Dividend | J | T | | | | | |
| 42. Lowes | A | Dividend | J | T | | | | | |
| 43. Artisan Global Value Fund Class A | A | Dividend | J | T | | | | | |
| 44. Easton Vance Global Macro | A | Dividend | | | Sold | 02/21/18 | J | | |
| 45. Hartford Schroders Emerging Market Equity Fund | A | Dividend | | | Sold | 01/25/18 | J | | |
| 46. Virtus Short Term Sector Bond Fund | A | Dividend | | | Sold | 05/17/18 | J | | |
| 47. British American Tobacco | A | Dividend | | | Sold | 01/10/18 | J | | |
| 48. Chubb Ltd. Bond | A | Dividend | J | T | | | | | |
| 49. Coca Cola | A | Dividend | J | T | | | | | |
| 50. Crane Company | A | Dividend | J | T | | | | | |
| 51. Diageo PLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Intel Corp | A | Dividend | J | T | | | | | |
| 53. Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 54. Marsh & McClennan | A | Dividend | J | T | | | | | |
| 55. McDonalds Corp | A | Dividend | J | T | | | | | |
| 56. Microsoft Corp | A | Dividend | J | T | | | | | |
| 57. Nextera Energy Inc | A | Dividend | J | T | | | | | |
| 58. Novartis | A | Dividend | J | T | | | | | |
| 59. Pepsico Inc | A | Dividend | | | Sold | 01/10/18 | J | | |
| 60. Praxair | A | Dividend | | | Sold | 08/08/18 | J | | |
| 61. Texas Instruments | A | Dividend | J | T | | | | | |
| 62. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 63. VF Corp | A | Dividend | J | T | | | | | |
| 64. American Funds U S Money Market Class A | D | Dividend | | | Sold | 01/10/18 | O | | |
| 65. American Growth | E | Dividend | N | T | | | | | |
| 66. American Global Growth | E | Dividend | M | T | | | | | |
| 67. Ameriprise Financial | A | Dividend | | | Sold | 03/21/18 | J | | |
| 68. Blackrock Inc. | A | Dividend | | | Sold | 02/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mondelez Interntl | A | Dividend | | | Sold | 06/04/18 | J | | |
| 70. Parker Hannifin | A | Dividend | | | Sold | 01/24/18 | J | | |
| 71. Schlumberger | A | Dividend | J | T | | | | | |
| 72. Harding Loevner Intrntl Equity | A | Dividend | | | Sold | 04/12/18 | K | | |
| 73. Ashmore Emerging Markets | A | Dividend | | | Sold | 01/10/18 | J | | |
| 74. Pioneer Multi Asset Ultrashort Income Fund | C | Dividend | | | Sold | 03/13/18 | K | | |
| 75. Blackrock Event Driven Equity Fund | B | Dividend | | | Sold | 01/25/18 | K | | |
| 76. Legg Mason Class 1 | A | Dividend | | | Sold | 02/26/18 | J | | |
| 77. Riverpark Opportunity Fund | A | Dividend | | | Sold | 05/17/18 | J | | |
| 78. Blackrock Multi Asset | B | Dividend | | | Sold | 01/25/18 | K | | |
| 79. JP Morgan Income Builder | B | Dividend | K | T | | | | | |
| 80. Chevron | A | Dividend | J | T | | | | | |
| 81. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 82. Suncor Energy | A | Dividend | J | T | | | | | |
| 83. American Tower Corp REIT | A | Dividend | J | T | Buy | 07/24/18 | J | | |
| 84. Blackrock, INC | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 85. Garrett Motion INC | A | Dividend | J | T | Buy | 09/19/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mondelez Interntl Inc | A | Dividend | J | T | Buy | 07/24/18 | J | | |
| 87. Parker Hanifin Corp | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 88. Residio Technologies | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 89. United Health | A | Dividend | J | T | Buy | 07/24/18 | J | | |
| 90. IShares Corp S&P Mid-Cap | B | Dividend | K | T | Buy | 02/12/18 | K | | |
| 91. AB Sustainable Global Fund | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 92. AQR Defensive Equity Fund Class A | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 93. Harding Loevner International Equity Fund | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 94. Hartford Schroders Emerging Markets Equity Fund Class I | B | Dividend | K | T | Buy | 02/12/18 | K | | |
| 95. PGIM JENN Global Opportunities CL Z | B | Dividend | K | T | Buy | 06/15/18 | K | | |
| 96. Angel Oak Multi Strategy Income Fund | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 97. Invesco Floating Rate Fund Class Y | B | Dividend | K | T | Buy | 06/20/18 | K | | |
| 98. PGIM Floating Floating RateIncome Cl Z | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 99. PGIM Short Duration Hiogh Yield Fund | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 100. Pimco Diversified Income Fund | A | Dividend | J | T | Buy | 06/18/18 | J | | |
| 101. Pioneer Multi Asset Ultrashort Income Fund CL Z | B | Dividend | K | T | Buy | 06/20/18 | K | | |
| 102. Putnam Diversified Income Fund Class Y | A | Dividend | K | T | Buy | 06/15/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Linde PLC Eur | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 104. Republic Services Inc | A | Dividend | J | T | Buy | 11/12/18 | J | | |
| 105. Rockwell Automation Inc | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 106. American Growth and Income | D | Dividend | N | T | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Holdings in lines 65, 66 and 106 are mutual funds maintained at Davenport and Company.
Holdings in lines 5 through 8 inclusive, 10,11,79 and 90 through 102 inclusive are mutual funds maintained at UBS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Frank J. Santoro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544